

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Donald Robinson, Appellant

No. 06-18-00087-CR     v.

The State of Texas, Appellee

Appeal from the 167th District Court of Travis County, Texas (Tr. Ct. No. D-1-DC-17-904057). Opinion delivered by Justice Burgess, Chief Justice Morriss and Justice Stevens participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the trial court's judgment to reflect that Robinson was convicted of a second-degree felony. As modified, the judgment of the trial court is affirmed.

We note that the appellant, Donald Robinson, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED FEBRUARY 6, 2019
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk